# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NATIONAL CITY MORTGAGE,

       Plaintiff,    :    Case No. 3:05-mc-018

                            District Judge Unassigned
  -vs-                       Chief Magistrate Judge Michael R. Merz

                      :

ERIC T. FRAZIER, et al.,

       Defendants.

---

**ORDER WITHDRAWING REPORT AND RECOMMENDATIONS**

---

       Upon advice from the Clerk that Defendants have paid the $250 filing fee, their Application to Proceed without Prepayment has become moot and the Magistrate Judge accordingly withdraws his Report and Recommendations recommending that the Application be denied.

July 18, 2005.

                                                 s/ **Michael R. Merz**
                                         Chief United States Magistrate Judge