# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NATIONAL CITY MORTGAGE,

      Plaintiff,                      :         Case No. 3:05-CV-254

                                      District Judge Thomas M. Rose
   -vs-                                 Chief Magistrate Judge Michael R. Merz

                                  :

ERIC T. FRAZIER, et al.,

      Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on August 25, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this case be remanded to the Miami County Common Pleas Court.

August 29, 2005.                                      s/**THOMAS M. ROSE**

                                                                                 Thomas M. Rose
                                                                     United States District Judge